10:56 AM
09/10/25
Accrual Basis

# Institution Solutions II LLC
## Profit & Loss
### January through August 2025

|  | Jan - Aug 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Revenue** | |
| 4010 · Revenue - AD&D | -18.25 |
| 4020 · Revenue - Term Life | 254,432.14 |
| 4030 · Revenue - TL/AD&D | 30,440.86 |
| 4050 · Revenue - CLDISIUI | 0.00 |
| 4055 · Revenue - GAP | 85,306.22 |
| 4060 · Revenue - Balloon Note | 7,035.00 |
| 4070 · Revenue - CPI | 60,790.86 |
| 4075 · Revenue - Dental | 70.50 |
| 4087 · Revenue - YAP | 1,302.10 |
| 4110 · Revenue - Telemedicine | 1,313.49 |
| 4120 · Revenue - P&C | 0.00 |
| **Total 4000 · Revenue** | 440,672.92 |
| **4200 · Other Income** | |
| 4220 · Miscellaneous | 900.00 |
| **Total 4200 · Other Income** | 900.00 |
| **Total Income** | 441,572.92 |
| **Cost of Goods Sold** | |
| **5000 · Cost of Sales** | |
| 5010 · COS - AD&D | 0.00 |
| 5015 · COS - Term Life | 96,873.55 |
| 5020 · COS - TL/AD&D | 51,434.15 |
| 5025 · COS - Club | 0.00 |
| 5040 · COS - GAP | 126,238.01 |
| 5062 · COS - HAP | 0.00 |
| 5080 · COS - Telemedicine | 133.59 |
| **Total 5000 · Cost of Sales** | 274,679.30 |
| **Total COGS** | 274,679.30 |
| **Gross Profit** | 166,893.62 |
| **Expense** | |
| **6015 · Auto Expense** | |
| 6020 · Gas | 631.12 |
| 6035 · Repairs & Maintenance | 366.18 |
| 6040 · Tolls | 2,261.32 |
| **Total 6015 · Auto Expense** | 3,258.62 |
| **6050 · Bank Charges** | |
| 6075 · Service/Analysis Fees | 39,149.47 |
| 6080 · Credit Card Fees | 11,256.84 |
| **Total 6050 · Bank Charges** | 50,406.31 |
| **6100 · Client Relations** | |
| 6115 · Meals | 1,384.26 |
| **Total 6100 · Client Relations** | 1,384.26 |
| 6200 · Depreciation Expense | 21,166.91 |
| **6220 · Equipment Leases & Rental** | |
| 6230 · Copier | 3,049.75 |
| 6235 · Postage Machine | 1,790.93 |
| **Total 6220 · Equipment Leases & Rental** | 4,840.68 |

10:56 AM
09/10/25
Accrual Basis

# Institution Solutions II LLC
## Profit & Loss
### January through August 2025

|  | Jan - Aug 25 |
|---|---:|
| **6250 · Interest & Finance Charges** |  |
| 6251 · Interest Expense | 270,499.66 |
| 6250 · Interest & Finance Charges - Other | 133,895.42 |
| **Total 6250 · Interest & Finance Charges** | 404,395.08 |
| **6300 · Insurance Expense** |  |
| 6305 · Professional Liability | 3,272.04 |
| **Total 6300 · Insurance Expense** | 3,272.04 |
| **6350 · IT Expenses** |  |
| 6355 · Computer Supplies | -200.00 |
| 6360 · Networking & Connectivity | 29,746.20 |
| 6365 · Security | 2,490.19 |
| 6370 · Software Licenses | 24,327.02 |
| 6375 · Telephony | 11,749.79 |
| **Total 6350 · IT Expenses** | 68,113.20 |
| **6400 · Marketing Expense** |  |
| 6010 · Amortization Expense | 33,540.48 |
| 6405 · Advertising | 541.20 |
| 6410 · Conference/Exhibit | 1,395.00 |
| 6423 · Corporate Promotions | 100.00 |
| **Total 6400 · Marketing Expense** | 35,576.68 |
| **6550 · Occupancy** |  |
| 6555 · Rent - Office | 21,146.69 |
| 6565 · Utilities - Office | 4,314.98 |
| 6575 · Storage | 602.00 |
| **Total 6550 · Occupancy** | 26,063.67 |
| **6600 · Office Expense** |  |
| 6630 · Office Expense | 25,905.30 |
| 6635 · Office Supplies | 603.03 |
| 6640 · Postage & Shipping | 1,606.04 |
| 6650 · Subscriptions & Publications | 165.27 |
| 6655 · Wireless Phone | 2,733.64 |
| **Total 6600 · Office Expense** | 31,013.28 |
| **6700 · Payroll Salaries & Wages** |  |
| 6705 · Officer Salaries | 110,500.00 |
| 6710 · Administrative Salaries | 99,425.15 |
| 6715 · Customer Support Salaries | 17,994.68 |
| **Total 6700 · Payroll Salaries & Wages** | 227,919.83 |
| **6750 · Payroll Taxes & Benefits** |  |
| 6777 · Worker's Compensation | 229.25 |
| 6780 · Healthcare Insurance | 22,687.17 |
| 6790 · Retirement Benefits 401k | 14,897.52 |
| 6795 · Wellness Program | 11,418.92 |
| 6750 · Payroll Taxes & Benefits - Other | 17,095.29 |
| **Total 6750 · Payroll Taxes & Benefits** | 66,328.15 |
| **6800 · Professional Services & Related** |  |
| 6805 · Accounting & CPA Fees | 25,375.00 |
| 6815 · Contract Labor | 36,854.00 |
| 6825 · Legal Fees | 213,629.66 |
| 6826 · Licenses, Permits & Fees | 19,132.07 |
| 6830 · Memberships & Dues | 490.42 |
| 6835 · Payroll Outsourcing Fees | 3,286.14 |
| **Total 6800 · Professional Services & Related** | 298,767.29 |

**10:56 AM**
**09/10/25**
**Accrual Basis**

# Institution Solutions II LLC
## Profit & Loss
### January through August 2025

|  | Jan - Aug 25 |
|---|---:|
| **6900 · Travel & Entertainment** | |
| 6905 · Airfare | 3,583.28 |
| 6910 · Lodging | 2,137.89 |
| 6915 · Meals & Entertainment | 1,017.42 |
| 6920 · Transportation | 6,570.46 |
| 6925 · Miscellaneous Travel | 238.40 |
| **Total 6900 · Travel & Entertainment** | 13,547.45 |
| **7000 · Taxes** | |
| 7010 · Franchise Tax | 1,687.34 |
| 7020 · Property | 29.00 |
| 7025 · State | 1,840.78 |
| **Total 7000 · Taxes** | 3,557.12 |
| **8999 · Suspense - Ask** | 0.00 |
| **Total Expense** | 1,259,610.57 |
| **Net Ordinary Income** | -1,092,716.95 |
| **Other Income/Expense** | |
| **Other Income** | |
| 7200 · Interest Income | 0.98 |
| 7204 · Gain/Loss on Investment | -13,192,263.27 |
| **Total Other Income** | -13,192,262.29 |
| **Net Other Income** | -13,192,262.29 |
| **Net Income** | **-14,284,979.24** |